IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MEKIYA HODGES,** § § | |
| **Plaintiff,** § § | Civil Action No. 2:17-cv-01022-MRH |
| v. § § | |
| **DIVERSIFIED CONSULTANTS, INC.,** § § | |
| **Defendant.** § § § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: August 24, 2018

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Andrew J. Blady, Esq.
Sessions, Fishman, Nathan & Israel
3682 Green Ridge Road
Furlong, PA 18925
267-544-0840
Email: ablady@sessions.legal

Ross S. Enders, Esq.
Sessions, Fishman, Nathan & Israel, LLC
2303 Oxfordshire Road
Furlong, PA 18925-1251
215-794-7207
Fax: 215-794-5079
Email: renders@sessions-law.biz

Justin H. Homes, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
3850 N. Causeway Boulevard, Suite 200
Metairie, LA 70002
(504) 828-3700
Fax: (504) 828-3737
Email: jhomes@sessions-law.biz
Attorneys for Defendant


Dated: August 24, 2018                By: /s/ Amy L. Bennecoff Ginsburg
                                      Amy L. Bennecoff Ginsburg, Esq.
                                      Kimmel & Silverman, P.C.
                                      30 E. Butler Avenue
                                      Ambler, PA 19002
                                      Tel: 215-540-8888
                                      Fax: 215-540-8817
                                      aginsburg@creditlaw.com