# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEKIYA HODGES, | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:17-cv-01022-MRH |
| | ) |
| DIVERSIFIED CONSULTANTS, INC., | ) |
|        **Defendant.** | ) |
| | ) |
| | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Andrew J. Blady* | */s/ Amy L. Bennecoff Ginsburg* |
| Andrew J. Blady, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Sessions, Fishman, Nathan & Israel | Kimmel & Silverman, P.C. |
| 3682 Green Ridge Road | 30 East Butler Pike |
| Furlong, PA 18925 | Ambler, PA 19002 |
| Phone: 267-544-0840 | Phone: 215-540-8888 |
| Email: ablady@sessions.legal | Fax: 877-788-2864 |
| Attorney for the Defendant | Email: aginsburg@creditlaw.com |
| | Attorney for Plaintiff |
| Date: October 5, 2018 | Date: October 5, 2018 |

BY THE COURT:

_____
                           J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 5th day of October, 2018:

Andrew J. Blady, Esq.
Sessions, Fishman, Nathan & Israel
3682 Green Ridge Road
Furlong, PA 18925
Phone: 267-544-0840
Email: ablady@sessions.legal

Ross S. Enders, Esq.
Sessions, Fishman, Nathan & Israel, LLC
2303 Oxfordshire Road
Furlong, PA 18925-1251
Phone: 215-794-7207
Fax: 215-794-5079
Email: renders@sessions-law.biz

Justin H. Homes, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
3850 N. Causeway Boulevard, Suite 200
Metairie, LA 70002
(504) 828-3700
Fax: (504) 828-3737
Email: jhomes@sessions-law.biz
Attorney for the Defendant

/s/ Amy L. Bennecoff Ginsburg
Amy L. Benecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff